IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JARED DALE GILLESPIE,

      Plaintiff,

      v.

DR. GARTH GULICK, et al.,,

      Defendants.

_____

Civ. No. 2:14-cv-00950-TC

ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 59), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No.59) is adopted. Defendants' Motion for Summary Judgment (ECF No. 47) is GRANTED.

IT IS SO ORDERED.

      DATED this 29th day of March, 2016.

                            _____/s/ Michael J. McShane _____
                                  Michael McShane
                           United States District Judge

1 –ORDER